IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROSE GAZZERRO-LANGFORD : CIVIL ACTION
:
    v. :
:
ERIC K. SHINSEKI, :
SECRETARY OF VETERANS AFFAIRS : NO. 12-2059

ORDER

AND NOW, this 8th day of January, 2013, upon consideration of the motion to dismiss filed by the defendant Secretary of Veterans Affairs (Docket No. 6), and the plaintiff's brief in opposition to that motion, IT IS HEREBY ORDERED, for the reasons stated in a memorandum bearing today's date, that the Secretary's motion is GRANTED and the plaintiff's claims are DISMISSED without prejudice. The plaintiff may file an amended complaint to re-plead her claims within thirty (30) days of the date of this Order.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.